# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-12-00170-CV

**In re David Goad**

### ORIGINAL PROCEEDING FROM COMAL COUNTY

### M E M O R A N D U M   O P I N I O N

Relator has filed a petition for writ of mandamus, complaining that the local administrative judge should give him permission to proceed with his case filed in the justice court. *See* Tex. Civ. Prac. & Rem. Code Ann. §§ 11.101-103 (West Supp. 2011); *see also* Tex. R. App. P. 52.8.  Having reviewed the petition, the record provided, and applicable statutes and case law, we deny the petition for writ of mandamus.

_____

David Puryear, Justice

Before Justices Puryear, Henson and Goodwin

Filed:   April 11, 2012